UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN GUTIERREZ, YAJAIDA KEYS,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF VISALIA, ET. AL.,<br><br>Defendants. | Case No. 1:21-cv-01700-JLT-HBK<br><br>ORDER GRANTING PETITION FOR THE APPOINTMENT OF GUARDIAN *AD LITEM*<br><br>(Doc. Nos. 19, 4)<br><br>ORDER DIRECTING CLERK TO ADD GUARDIAN TO CAPTION |

Pending before the Court is counsel's declaration filed on May 19, 2022. (Doc. No. 19). Counsel files the declaration in support of the Petition for the Appointment of Guardian *Ad Litem* filed on November 29, 2021. (Doc. No. 4, "Petition"). On May 11, 2022, the found Plaintiff Jordan Gutierrez's aunt, Margarita C. Gomez, better suited than his mother to serve as the appointed guardian *ad litem but* denied the Petition without prejudice because it did not include a declaration disclosing Plaintiff's attorney's interests and other details required under Local Rule 202(c). (Doc. No. 18 at 3). The May 11, 2022, Order provided counsel the option to either to file a motion or a revised notice that complies with the Local Rule within ten days of the order. (*Id.* at 3-4). Counsel filed a declaration. (Doc. No. 19).

Considering the Court previously found Jordan's aunt, Margarita C. Gomez, capable to serve as the appointed guardian *ad litem* and the Court limits its review of Counsel's declaration. The Court finds the declaration in compliance with Local Rule 202(c) and does not find any

apparent conflict of interest or any other factors that demonstrate such appointment is not in the best interests of the disabled Plaintiff Jordan Gutierrez.

Accordingly, it is **ORDERED**:

1. Based on Counsel's declaration (Doc. No. 19), the Petition for the Appointment of Guardian *Ad Litem* (Doc. No. 4) is GRANTED.

2. Margarita C. Gomez is appointed guardian *ad litem* for Plaintiff. The Clerk shall add Ms. Gomez to the caption to reflect the appointment.

Dated:   May 24, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE