UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN GUTIERREZ, by and through his Guardian ad Litem, Margarita C. Gomez, and YAJAIDA KEYS,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF VISALIA, CHIEF JASON SALAZAR; LIEUTENANT RON EPP; OFFICER RON VETETO; OFFICER SEAN SCHIEBELHUT; OFFICER AARON STOCKER; and DEFENDANT DOES 1-5,<br><br>Defendants. | Case No. 1:21-cv-01700-JLT-HBK<br><br>ORDER GRANTING CONSTRUED MOTION TO MODIFY DEADLINES  (Doc. No. 31)<br><br>AMENDED CASE MANAGEMENT AND SCHEDULING ORDER |

On September 14, 2023 Minute Order the Court held a status conference and, after hearing from counsel for the parties, found good cause as required under Fed. R. Civ. P. 16(b)(4) to modify deadlines in the Case Management and Scheduling Order.  (Doc. No. 30).  As directed, the Parties submitted a Proposed Joint Amended Scheduling Report on September 28, 2023. (Doc. No. 31).

ACCORDINGLY, the parties construed motion to modify the deadlines in the August 18, 2023 Case Management Scheduling Order (Doc. No. 23) is GRANTED to the extent set forth below.  The following modified deadlines will govern the management of this case.

1. **Modified Deadlines and Dates**

| Action or Event | Date |
|---|---|
| Deadline for completing non-expert discovery. *See* Fed. R. Civ. P. 37.[1] | 07/31/2024 |
| Deadline for plaintiff to disclose expert report(s). *See* Fed. R. Civ. P. 26(a)(2). | 08/23/2024 |
| Deadline for defendants to disclose expert report(s). | 08/23/2024 |
| Deadline for disclosing any expert rebuttal report(s). | 09/13/2024 |
| Expert discovery deadline. | 10/18/2024 |
| Deadline to advise the Court of settlement, ADR, VDRP or mediation efforts to date. *See* Local Rules 270, 271. **The parties may contact Chambers prior to this date to arrange a settlement conference.** | 11/01/2024 |
| Deadline for filing dispositive motions. *See* Fed. R. Civ. P. 56. | 11/29/2024 |
| Deadline for filing the final joint pretrial statement, motion(s) *in limine*, proposed jury instructions, and verdict form. *See* Local Rule 281. | 04/28/2025 |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); *See* Local Rule 280, 281, 282, 283. | 05/05/2025 1:30 p.m. |
| Month and year of the trial term. | 06/17/2025 8:30 a.m. |

The parties otherwise remain bound to follow all procedures previously set forth in the Court's August 18, 2022 Case Management and Scheduling Order (Doc. No. 23).

Dated:    October 2, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court follows the rule that the completion date means that all discovery must be finished by the deadline set in the Rule 16 Case Management and Scheduling Order. Litigants—by their own agreement—may conduct discovery after the formal completion date but the Court will likely not resolve discovery disputes after the discovery completion date. In fact, motions to compel filed after the discovery deadline are presumptively untimely and may be denied on that basis alone.