UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN GUTIERREZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF VISALIA, et al.,<br><br>　　　　　Defendants. | Case No.  1:21-cv-01700-JLT-HBK<br><br>ORDER DIRECTING PARTIES TO COMPLY WITH AMENDED CASE MANAGEMENT SCHEDULING ORDER<br><br>(Doc. No.  32) |

On October 2, 2023, the Court issued an Amended Case Management Scheduling Order ("CMSO") in this case, which included a November 1, 2024 deadline to advise the Court of the parties' settlement, Alternative Dispute Resolution, Voluntary Dispute Resolution Program, and mediation efforts.  (Doc. No. 32 at 2).   To date, the parties have not filed a notice regarding their settlement efforts to date, as required by the CMSO.

Accordingly, it is **ORDERED**:

**No later than November 18, 2024**, the parties shall submit a notice as directed by the October 2, 2023 Amended Case Management Scheduling Order (Doc. No. 32).

Dated: 　November 12, 2024　　　　　　　　　　　　　/s/ Helena M. Barch-Kuchta
　　　　　　　　　　　　　　　　　　　　　　　　　　HELENA M. BARCH-KUCHTA
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE