UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN GUTIERREZ, by and through his Guardian ad Litem, Margarita C. Gomez, and YAJAIDA KEYS,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF VISALIA, CHIEF JASON SALAZAR; LIEUTENANT RON EPP; OFFICER RON VETETO; OFFICER SEAN SCHIEBELHUT; OFFICER AARON STOCKER; and DEFENDANT DOES 1-5,<br><br>Defendants. | Case No. 1:21-cv-01700-JLT-HBK<br><br>ORDER GRANTING MOTION TO CONTINUE AND RESETTING PRETRIAL CONFERENCE AND TRIAL DATES<br><br>(Doc. No. 38) |

On February 28, 2025, the Court held a telephonic status conference. (Doc. No. 37). The Parties requested the Court to continue the pretrial conference and trial dates given the April 29, 2025 mediation scheduled in this action. (*See* Doc. No. 35). The Court, finding good cause, resets the pretrial conference and trial dates.

ACCORDINGLY, it is hereby ORDERED:

The Court GRANTS the Parties joint motion to continue the pretrial conference and trial dates (Doc. No. 38) as follows:

1. The deadline for filing the final joint pretrial statement, motion(s) *in limine*, proposed

1  jury instructions, and verdict form is CONTINUED to June 2, 2025;

2. The date of the final pretrial conference is CONTINUED to June 16, 2025 at 1:30 p.m.

3. The trial date is CONTINUED to August 19, 2025 at 8:30 a.m.

4. The parties are advised that due to the Court's criminal trial schedule, it is unlikely that their trial will proceed as currently scheduled. Rather, the Court will trail their trial from day-to-day until the trial, which is in line ahead of theirs, finishes.

Dated:    February 28, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2