UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN GUTIERREZ, a disabled adult, by and through his Guardian ad Litem, Margarita C. Gomez, and YAJAIDA KEYS,<br><br>     Plaintiff,<br><br>     v.<br><br>CITY OF VISALIA, a municipal entity; CHIEF JASON SALAZAR in his individual and official capacity; LIEUTENANT RON EPP; OFFICER AUSTIN VETETO; OFFICER SEAN SCHIEBELHUT; OFFICER AARON STOCKER; and DEFENDANT DOES 1-5;<br><br>     Defendants. | Case No: 1:21-cv-01700-JLT-HBK<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION REQUEST TO CONTINUE THE SCHEDULED PRETRIAL CONFERENCE DATE AND MOTION IN LIMINE OPPOSITION DUE DATE<br><br>**Pretrial**<br>Date: June 16, 2025<br>Time: 1:30 p.m.<br><br>Action Filed:  November 29, 2021<br>Trial Date:     August 19, 2025 |

The Court, having considered the Parties' joint stipulation regarding the date of the pretrial conference, ORDERS that:

- The Pretrial Conference shall take place on July 14, 2025, in Courtroom 4 of the above-mentioned Courthouse at 1:30 p.m.
- Any opposition to motions *in limine* shall be filed by July 11, 2025

IT IS SO ORDERED.

Dated:  **June 10, 2025**

_/s/ Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE

1
[~~PROPOSED~~] ORDER

*Gutierrez, et al. v. City of Visalia, et al.*
Case No.:  1:21-cv-01700-JLT-HBK