# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN GUTIERREZ, a disabled adult, by and through his Guardian ad Litem, Margarita C. Gomez, and YAJAIDA KEYS,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF VISALIA, a municipal entity; CHIEF JASON SALAZAR in his individual and official capacity; LIEUTENANT RON EPP; OFFICER RON VETETO; OFFICER SEAN SCHLEBEIHUT; OFFICER AARON STOCKER; and DEFENDANT DOES 1-5,<br><br>    Defendants. | No: 1:21-cv-01700 JLT HBK<br><br>ORDER APPROVING JOINT STIPULATION REGARDING THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS AND AGREEMENT TO WAIVE THE 14 DAY PERIOD FOR ASSERTING OBJECTIONS<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL<br><br>(Doc. 57) |

The Parties filed a petition to approve the compromise of disputed claims for Jordan Gutierrez, an adult with a disability. (Doc. 53.) The assigned magistrate judge issued Findings and Recommendations to approve the petition in full. (Doc. 57.) The Findings and Recommendations concluded that terms of the settlement, including attorney's fees and costs, the lump sum payment of $440,691.49 to Mr. Gutierrez, and the purchase of an annuity in amount of $500,000.00 for his benefit that will make periodic monthly payments of $2,513.85 guaranteed for 25 years were fair and reasonable (*Id*.) The Court gave the parties 14 days to file

objections. (*Id*. at 8.) Instead, the parties submitted a stipulation indicating that they have agreed to waive the 14-day objection period, in part to ensure timely funding of the annuity purchase. (Doc. 58.)

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a de novo review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court O**RDERS**:

1. The findings and recommendations issued on November 5, 2025 (Doc. 57) are **ADOPTED IN FULL**.

2. The terms of the settlement, including attorney's fees and costs, the lump sum payment of $440,691.49 to Plaintiff Gutierrez, and the purchase of an annuity in amount of $500,000.00 for the benefit of disabled adult Plaintiff that will make periodic monthly payments of $2,513.85 guaranteed for 25 years are fair and reasonable.

3. The parties are directed to file with the Court a stipulation for dismissal of the action with prejudice, and lodge a separate order, no later than 45 days after the signing of this order.

IT IS SO ORDERED.

Dated:   **November 14, 2025**

UNITED STATES DISTRICT JUDGE